**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

<table>
<tr>
<td>

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

MARGARITO FLORES-CORDERO,
*Defendant-Appellant*.
</td>
<td>

No. 12-10220

D.C. No.
4:11-cr-02432-CKJ-GEE-1

ORDER AMENDING OPINION
</td>
</tr>
</table>

Filed October 4, 2013

Before: Mary M. Schroeder and Consuelo M. Callahan, Circuit Judges, and Sarah S. Vance, Chief District Judge.[*]

## ORDER

The Opinion filed July 25, 2013, appearing at 723 F.3d 1085, is amended as follows:

> 1. At slip op. 4, in the first sentence of the second full paragraph; 723 F.3d at 1086, line 2 of the third full paragraph, insert "or risk" between the words "application" and "of."

---

[*] The Honorable Sarah S. Vance, Chief United States District Judge for the Eastern District of Louisiana, sitting by designation.

2.   At slip op. 8, in the first sentence of the second full paragraph; 723 F.3d at 1088, line 4 of the second full paragraph, delete the word "serious."

With these amendments, the panel has voted to deny the petition for panel rehearing.

The petition for panel rehearing is **DENIED**.